USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/30/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD KHALAF,

               Plaintiff,

      v.

EQUIFAX INC. and EQUIFAX
INFORMATION SERVICES LLC,

             Defendant.

No. 19-CV-6268 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

On August 26, 2022, the Judicial Panel on Multidistrict Litigation remanded this case to this Court. By September 12, 2022, the parties shall file a joint letter advising this Court of their proposed next steps in this litigation.

SO ORDERED.

Dated:    August 30, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge